**Order entered July 22, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00912-CR

## AUSTON BRYCE ARMSTRONG, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 86th Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 20-00259-86-F**

## ORDER

Before the Court is the State's July 16, 2021 unopposed second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief due on August 18, 2021.

/s/    LANA MYERS
        JUSTICE